NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3086

DEBORAH G. HARRISON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DC844E100127-I-1.

ON MOTION

## ORDER

Deborah G. Harrison moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Deborah G. Harrison
Jeanne E. Davidson, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2010

JAN HORBALY
CLERK